FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2019 MAR 27 PM 1:32

_____ORLANDO_____ Division

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

JONATHAN TYLER PRIVE          CASE NUMBER: 6:19-CV-00511-ORL-18GJK
                                           (To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Brevard County, Florida, Sheriff WAYNE IVEY;

Brevard County Sheriff's Deputy and Department of

Homeland Security Agent MICHAEL SPADAFORA;

THE STATE OF FLORIDA; and the Office of the STATE ATTORNEY for Brevard County, Florida.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right). /

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: The Brevard County Detention Center,
   (Indicate the name and location)
   860 Camp Road, Cocoa, Florida 32927.

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)                    1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1. Parties to previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

    2. Court (if federal court, name the district; if state court, name the county): _____

    3. Docket Number: _____

    4. Name of judge: _____

    5. Briefly describe the facts and basis of the lawsuit: _____

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

    7. Approximate filing date: _____

    8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Jonathan Tyler Prive

Mailing address: #337795, Brevard County Detention Center, 860 Camp Road, Cocoa, FL 32927

B. Additional Plaintiffs: _____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Sheriff of Brevard County, Florida, Wayne Ivey

Mailing Address: Brevard County Sheriff's Office, 700 Park Avenue, Titusville, FL 32780

Position: Sheriff of Brevard County, Florida

Employed at: The Brevard County Sheriff's Office

D. Defendant: Agent Michael Spadafora

Mailing Address: 340 Gus Hipp Blvd., Rockledge, FL 32955

Position: Brevard County Sheriff's Deputy and D.H.S. Agent

Employed at: The Brevard County Sheriff's Office

E. Defendant: The State of Florida

Mailing Address: Office of the Attorney General, State of Florida, The Capitol PL-01, Tallahassee, FL 32399-1050

Position: Attorney General of the State of Florida

Employed at: The Attorney General's Office

F. Defendant: Office of the State Attorney in and for Brevard County, Florida

Mailing Address: 2725 Judge Fran Jamieson Way, Building D, Viera, FL 32940

Position: State Attorney for Brevard County, Florida

Employed at: The Brevard County State Attorney's Office

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

(1) The State of Florida has violated the Tenth Amendment restriction on Federal power and the Equal Protection Clause of the Fourteenth Amendment by creating a joint federal and state taskforce which actively utilizes federal law enforcement officers to enforce State criminal laws and collect evidence for use in State criminal proceedings, violating Due Process under the Sixth Amendment, and performing illegal searches and seizures in violation of the Fourth Amendment.

(2) The Brevard County Sheriff's Office has been actively utilizing Taskforce Agent Michael Spadafora as a Brevard County Sheriff's Deputy, despite the fact that he is an Agent of the Department of Homeland Security Agent, and has been since at least 2012, violating the Tenth and Fourteenth Amendments.

(3) Michael Spadafora is an agent of the DHS, in a full-time capacity, who acted as a Brevard County Sheriff's Deputy to effect my arrest for State crimes, then gather evidence in the role of a deputy for the prosecution of strictly local crimes, violating my 4th, 10th, and 14th Amendment rights.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

The State of Florida, in an effort to combat criminal exploitation of minors in Florida, has organized and provided funding for what is known as the Internet Crimes Against Children (ICAC) Taskforce. ICAC has been authorized by the State and in operation since at least 2012, and is made up of members of the Florida law enforcement community, as well as federal agents from the Department of Immigrations and Customs Enforcement (ICE) and the Department of Homeland Security (DHS). It is the practice of the State of Florida to utilize the combined resources of State and federal agents in order to enforce State criminal law, make arrests for violations thereof, and gather evidence for use in State prosecutions.

Agent Michael Spadafora, a taskforce agent with ICAC, was a detective with the Brevard County Sheriff's Office (BCSO) until his accreditation and appointment as an Agent for the DHS, some time prior to March, 2012. Since that time, Agent Spadafora has been continuously assigned as a federal agent, and according to his own sworn testimony at a hearing before the Eighteenth Circuit Court in and for Brevard County, Florida, on July 2, 2018, Spadafora is "at all times" both a BCSO Deputy and a DHS Agent, and he continues to investigate and enforce State criminal laws while performing his duties as a federal Agent. With the approval of the BCSO and Sheriff Wayne Ivey, Agent Spadafora continues to perform the duties of a BCSO detective, including ordering arrests for State crimes, seeking State search warrants for evidence of State offenses, and executing search warrants for the purpose of collecting evidence to be used in prosecution of State crimes.

On or about November 5, 2013, Agent Spadafora, in conjunction with Deputies from the BCSO,

arranged a "sting" operation for the purpose of arresting a suspect for violation of Florida statutes 847.0135 (computer solicitation of a minor with travel) and 794.011 (attempted sexual battery). As a July 2, 2018, hearing revealed, Spadafora, in his capacity as a federal agent, ordered DHS Agents Joseph Grey and Kenneth McClenahan to establish surveillance of a McDonald's restaurant wireless internet (wifi) hotspot, in Melbourne, Florida, as a critical component of the "sting". The admitted purpose of the DHS surveillance was to gather evidence, via observation, which was then relayed via cell phone to Agent Spadafora, with the goal of using the DHS observations as the basis of a vehicle stop and arrest of the suspect by BCSO Deputies Brandon Lanza and Christopher Sauro. Agent Spadafora testified that during the course of this operation he was acting in his role as a DHS Agent.

DHS Agent Joseph Grey testified that on November 5, 2013, he observed Prive walk to the wifi hotspot, and upon leaving after using a laptop, observed him return home for a time before leaving on his motorcycle. Agent Grey then followed Prive from Melbourne, Florida, to Merit Island, Florida, sending updates to Agent Spadafora via cellphone. Based upon the information relayed to Spadafora by Agent Grey, Spadafora then radioed BCSO Deputies Brandon Lanza and Christopher Sauro, who were stationed near the target location their suspect was supposed to visit. According to their testimony, Lanza and Sauro stopped Prive, who was travelling on his motorcycle, and subjected him to immediate arrest. Their testimony is that it was understood at the outset they would be making an arrest for State crimes, and that Spadafora's assurance that they had probable cause to arrest was their only reason for subjecting Prive to arrest.

Agent Spadafora, with assistance from Agent Grey, questioned Prive after they arrived at the scene, eliciting incriminating statements from Prive, who was then transported from the scene and booked into jail for State offenses. Spadafora then used the DHS surveillance and statements from Prive at the scene, as well as physical evidence obtained during the arrest, to apply for and obtain search warrants for Prive's America Online (AOL) accounts and his home in Melbourne, Florida. Both warrants specified the evidence was sought for use in prosecuting Prive for State crimes, but they were executed by Agent Spadafora, who is a DHS Agent, and Agent Fred J. Soly, of the DHS, who assisted in the search of the home. All criminal reports and evidence logs were completed by the BCSO, and Spadafora wrote his reports and search warrant affidavits on BCSO computer systems, assuming the role of a detective despite continuing to be a DHS Agent.

Based on Agent Spadafora's compilation of an "evidence package", generated from evidence he gained through the arrest and investigation for State crimes, Spadafora again assumed the role of a DHS agent and sought a federal prosecution of Prive through the U.S. Attorney's Office. As a result, Prive was transferred to federal custody until being convicted of one violation of 18 U.S.C. 2422(b) in April, 2015. Prive was then returned to State custody, where he has been incarcerated awaiting trial for the State charges, and is tentatively scheduled for trial on June 3, 2019, where the State Attorney's Office, representing the State of Florida, is seeking to use the evidence obtained by Agent Spadafora and the DHS to prosecute Prive in court.

Prive has now been incarcerated since November 5, 2013; convicted of a federal crime and sentenced to 30 years imprisonment in case 6:14-cr-33-Orl-28KRS; and is being prosecuted in State case No. 05-2013-CF-067242-AXXX-XX, where he could be sentenced to life without the possibility of parole. These injuries were the direct result of the illegal use of DHS Agents in the active enforcement of State laws, for the specific intent of making an arrest for violation of Florida criminal laws, and execution of State search warrants by federal agents, in violation of the Tenth and Fourteenth Amendments.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Prive seeks an Emergency Preliminary Injunction, to be followed by a Permanent Injunction, directed to The State of Florida, and to Brevard County Sheriff Wayne Ivey, and any of his

duly constituted Deputies, enjoining them from actively employing any federal law enforcement officer during any operation or activity (not to include joint anti-terrorism operations) which has as its object an arrest for State criminal offenses, or allowing said officers to execute, or participate in the execution of Florida search warrants which seek evidence of State criminal offenses for use in State prosecutions. Prive seeks to enjoin the Defendants from employing Agent Spadafora, or any other personnel holding both State and federal law enforcement positions, as BCSO Deputies, until they are permanently relieved of their federal positions. And lastly, Prive seeks the Emergency Preliminary Injunction and subsequent Permanent Injunction to prevent the State of Florida and the Brevard County State Attorney's Office from using at trial any evidence obtained as a result of the unlawful employment of DHS Agents on or about November 5, 2013, to support the arrest of Prive by BCSO personnel for State crimes, or that obtained by Agent Spadafora while performing the duties of a BCSO Deputy, investigating state criminal offenses, or actively enforcing State law, during the period in which he was also an Agent of the DHS.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 24th day of March, 2019.

_Jonathan T. Prive_

(Signatures of all Plaintiffs)

IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 24th day of March, 2019.