FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION    2019 MAR 27  PM 1:32

~~~~~ COURT
~~~~ OF FLORIDA
ORLANDO, FLORIDA

JONATHAN TYLER PRIVE,
        Affiant


                                    CASE NUMBER 6:19-CV-00511-ORL-18GJK
v.                                              (To be supplied
                                                by Clerk's Office)

Sheriff WAYNE IVEY; Agent

MICHAEL SPADAFORA; THE STATE

OF FLORIDA; and the Office of the STATE ATTORNEY,
        Defendant(s)


                    AFFIDAVIT OF INDIGENCY

        (EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)


    I, Jonathan Tyler Prive      , being first duly sworn, depose and make under oath the following

application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed in forma pauperis in the United States District

Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor,

and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost,

divested myself of any property, monies, or any items of value.


I.      BRIEF STATEMENT OF THE NATURE OF THE ACTION:  Pursuant to 42 U.S.C. 1983,
        I am seeking injunctive relief to enjoin the Defendants from employing federal
        law enforcement officers in order to enforce state criminal statutes in the
        State of Florida, in violation of the 10th Amendment and State law, or being
        able to use evidence gathered as a result of the unlawful employment of
        said federal officers during prosecutions for state criminal offenses.

**II.   RESIDENCE:**
Affiant's address: *#337795, Brevard County Detention Center, 860 Camp Rd*
                                                           (Street)

*Cocoa*                           *Florida*                      *32927*
(City)                              (State)                        (Zip Code)

**III.   MARITAL STATUS:**

1.   Single ☒          Married ☐          Separated ☐          Divorced ☐

2.   If married, spouse's full name:    *N/A*

**IV.   DEPENDENTS:**

1.   Number:    *0*

2.   Relationship to dependent(s):    *N/A*

3.   How much money do you contribute to your dependent's support on a
     monthly basis?  $ *N/A*

**V.   EMPLOYMENT:**  (Information provided below applies to your present employment or last
     employment.)

1.   Name of employer:  *Quality Labor Management*

     a. Address of employer:    *Unknown*
                                                    (Street)
     *Merit Island*              *Florida*                  *Unknown*
     (City)                         (State)                    (Zip Code)

     b. State how long affiant has been (was) employed by present (or last) employer?

        Years:  *0*                Months:  *3*

     c. Income:    Monthly $ *1,000 – 2,600*  or  Weekly $ *250 – 700*

     d. What is (was) affiant's job title?    *Day-laborer*

2.   If unemployed, date of last employment:    *August, 2013*

3.  Is spouse employed? ___*N/A*___ If so, name of employer: ___*N/A*___

_____

a. Income:  Monthly $ ___*N/A*___  or  Weekly $ ___*N/A*___

b. What is spouse's job title? ___*N/A*___

4.  Are you and/or your spouse receiving welfare aid? *No*

If so, amount:  Monthly $ ___*N/A*___  or  Weekly $ ___*N/A*___

## VI.   FINANCIAL STATUS:

1.  Owner of real property (excluding ordinary household furnishings and clothing):

a. Description: ___*None*___

b. Full address: ___*N/A*___

___*N/A*___ (Street)

___*N/A*___

(City)                          (State)              (Zip Code)

c. In whose name? ___*N/A*___

d. Estimated value:                          $ ___*N/A*___

e. Total amount owed:                        $ ___*N/A*___

Owed to: ___*N/A*___ for   $ ___*N/A*___

___*N/A*___ for   $ ___*N/A*___

f. Annual income from property:              $ ___*N/A*___

2.  Other assets/property: *None*

a. Automobile: Make ___*N/A*___   Model ___*N/A*___

In whose name registered? ___*N/A*___

Present value of car:                        $ ___*N/A*___

Amount owed:                                 $ ___*N/A*___

Owed to: ___*N/A*___

b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:   $ ___*0*___

c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

| | |
|---|---|
| Business, profession, or other forms of self employment: | $ _0_ |
| Rent payments, interest, or dividends: | $ _0_ |
| Pensions, annuities, or life insurance payments: | $ _0_ |
| Gifts or inheritances: | $ _0_ |
| Stocks, bonds, or notes: | $ _0_ |
| Other sources: | $ _0_ |

3.  Obligations:

| | |
|---|---|
| a. Monthly rental on house or apartment: | $ _N/A_ |
| b. Monthly mortgage payments on house: | $ _N/A_ |

4.  Other information pertinent to affiant's financial debts and obligations:

| (Creditor) | (Total Debt) | (Monthly Payment) |
|---|---|---|
| _Capital One_ | _$8,000 +_ | _$0_  (incarcerated for 5+ years) |
| _N/A_ | _0_ | _0_ |
| _N/A_ | _0_ | _0_ |

Other (explain): _I currently owe the Brevard County Detention Center over $3,334.33 in subsistence and medical fees._

VII.  FOR PRISONER AFFIANTS ONLY:

1.  Date(s) of incarceration: _November 5, 2013, to present_

2.  Estimated release or parole date: _2042_

3.  A copy of the prisoner's account statement containing all transactions in affiant's prisoner account for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit. The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the

institution.  Failure to provide this account statement may result in the dismissal of this action.

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

VIII.   ALL AFFIANTS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements.  FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA
COUNTY OF  _Brevard_____

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____
DAY OF _____, 20 1̲9̲___, BY _____
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____
_____, AS IDENTIFICATION AND WHO (DID) (DID NOT)
   (State Type of Identification)

TAKE AN OATH.


_____
NOTARY PUBLIC


MY COMMISSION EXPIRES:

Due to a claimed conflict of interest, officials at the Brevard County Detention Center, which is run by the Brevard County Sheriff's Office, have refused to notarize this affidavit or assist in getting an independant notary to do so in their place. However, I, Jonathan Prive, do hereby swear under penalty of perjury that the facts and statements contained herein are true and correct to the best of my knowledge and understanding.
Signed: _____  On this, the 24th day of March, 2019.

315

## AFFIDAVIT CERTIFICATE

(Prisoner Accounts Only)

I HEREBY CERTIFY THAT ___**PRIVE JONATHAN T**___ has the sum of

(Name of Affiant)

$ _**- 3334.33**___ as of ___**03/19/2019**_____ on account to his credit at the

(Date)

**Brevard County Jail Complex** Institution where he is confined. I further certify that the above-named

Prisoner affiant has the following securities to his credit according to the records of this Institution.

Authorized Officer of Brevard County Jail Complex

# Inmate Balance History Report - Simple

| Number: | 337795 | Secondary: | | Location: | 300 A Cell B 315 Bed |
|---------|--------|------------|---|-----------|----------------------|
| Name: | Prive, Jonathan T | | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|-------------|------|--------------------|-----------------|--------------|---------------|
| DAILY MEAL | 08/22/2017 05:00:03AM | ($1.99) | $0.00 | ($2,125.90) | $0.00 |
| DAILY MEAL | 08/23/2017 05:00:01AM | ($1.99) | $0.00 | ($2,127.89) | $0.00 |
| DAILY MEAL | 08/24/2017 05:00:01AM | ($1.99) | $0.00 | ($2,129.88) | $0.00 |
| DAILY MEAL | 08/25/2017 05:00:01AM | ($1.99) | $0.00 | ($2,131.87) | $0.00 |
| DAILY MEAL | 08/26/2017 05:00:01AM | ($1.99) | $0.00 | ($2,133.86) | $0.00 |
| DAILY MEAL | 08/27/2017 05:00:01AM | ($1.99) | $0.00 | ($2,135.85) | $0.00 |
| DAILY MEAL | 08/28/2017 05:00:01AM | ($1.99) | $0.00 | ($2,137.84) | $0.00 |
| DAILY MEAL | 08/29/2017 05:00:00AM | ($1.99) | $0.00 | ($2,139.83) | $0.00 |
| DAILY MEAL | 08/30/2017 05:00:01AM | ($1.99) | $0.00 | ($2,141.82) | $0.00 |
| DAILY MEAL | 08/31/2017 05:00:01AM | ($1.99) | $0.00 | ($2,143.81) | $0.00 |
| DAILY MEAL | 09/01/2017 05:00:01AM | ($1.99) | $0.00 | ($2,145.80) | $0.00 |
| DAILY MEAL | 09/02/2017 05:00:01AM | ($1.99) | $0.00 | ($2,147.79) | $0.00 |
| DAILY MEAL | 09/03/2017 05:00:01AM | ($1.99) | $0.00 | ($2,149.78) | $0.00 |
| DAILY MEAL | 09/04/2017 05:00:01AM | ($1.99) | $0.00 | ($2,151.77) | $0.00 |
| DAILY MEAL | 09/05/2017 05:00:01AM | ($1.99) | $0.00 | ($2,153.76) | $0.00 |
| DAILY MEAL | 09/06/2017 05:00:00AM | ($1.99) | $0.00 | ($2,155.75) | $0.00 |
| DAILY MEAL | 09/07/2017 05:00:00AM | ($1.99) | $0.00 | ($2,157.74) | $0.00 |
| DAILY MEAL | 09/08/2017 05:00:00AM | ($1.99) | $0.00 | ($2,159.73) | $0.00 |
| DAILY MEAL | 09/09/2017 05:00:01AM | ($1.99) | $0.00 | ($2,161.72) | $0.00 |
| DAILY MEAL | 09/10/2017 05:00:00AM | ($1.99) | $0.00 | ($2,163.71) | $0.00 |
| DAILY MEAL | 09/11/2017 05:00:01AM | ($1.99) | $0.00 | ($2,165.70) | $0.00 |
| DAILY MEAL | 09/12/2017 05:00:00AM | ($1.99) | $0.00 | ($2,167.69) | $0.00 |
| DAILY MEAL | 09/13/2017 05:00:00AM | ($1.99) | $0.00 | ($2,169.68) | $0.00 |
| DAILY MEAL | 09/14/2017 05:00:00AM | ($1.99) | $0.00 | ($2,171.67) | $0.00 |
| DAILY MEAL | 09/15/2017 05:00:01AM | ($1.99) | $0.00 | ($2,173.66) | $0.00 |
| DAILY MEAL | 09/16/2017 05:00:01AM | ($1.99) | $0.00 | ($2,175.65) | $0.00 |
| DAILY MEAL | 09/17/2017 05:00:00AM | ($1.99) | $0.00 | ($2,177.64) | $0.00 |
| DAILY MEAL | 09/18/2017 05:00:01AM | ($1.99) | $0.00 | ($2,179.63) | $0.00 |
| DAILY MEAL | 09/19/2017 05:00:00AM | ($1.99) | $0.00 | ($2,181.62) | $0.00 |
| DAILY MEAL | 09/20/2017 05:00:01AM | ($1.99) | $0.00 | ($2,183.61) | $0.00 |
| DAILY MEAL | 09/21/2017 05:00:01AM | ($1.99) | $0.00 | ($2,185.60) | $0.00 |
| DAILY MEAL | 09/22/2017 05:00:01AM | ($1.99) | $0.00 | ($2,187.59) | $0.00 |
| DAILY MEAL | 09/23/2017 05:00:01AM | ($1.99) | $0.00 | ($2,189.58) | $0.00 |
| DAILY MEAL | 09/24/2017 05:00:00AM | ($1.99) | $0.00 | ($2,191.57) | $0.00 |
| DAILY MEAL | 09/25/2017 05:00:00AM | ($1.99) | $0.00 | ($2,193.56) | $0.00 |
| DAILY MEAL | 09/26/2017 05:00:00AM | ($1.99) | $0.00 | ($2,195.55) | $0.00 |
| DAILY MEAL | 09/27/2017 05:00:01AM | ($1.99) | $0.00 | ($2,197.54) | $0.00 |
| DAILY MEAL | 09/28/2017 05:00:00AM | ($1.99) | $0.00 | ($2,199.53) | $0.00 |
| DAILY MEAL | 09/29/2017 05:00:00AM | ($1.99) | $0.00 | ($2,201.52) | $0.00 |
| DAILY MEAL | 09/30/2017 05:00:01AM | ($1.99) | $0.00 | ($2,203.51) | $0.00 |
| DAILY MEAL | 10/01/2017 05:00:01AM | ($1.99) | $0.00 | ($2,205.50) | $0.00 |
| DAILY MEAL | 10/02/2017 05:00:00AM | ($1.99) | $0.00 | ($2,207.49) | $0.00 |
| DAILY MEAL | 10/03/2017 05:00:01AM | ($1.99) | $0.00 | ($2,209.48) | $0.00 |
| DAILY MEAL | 10/04/2017 05:00:00AM | ($1.99) | $0.00 | ($2,211.47) | $0.00 |
| DAILY MEAL | 10/05/2017 05:00:00AM | ($1.99) | $0.00 | ($2,213.46) | $0.00 |
| DAILY MEAL | 10/06/2017 05:00:01AM | ($1.99) | $0.00 | ($2,215.45) | $0.00 |
| DAILY MEAL | 10/07/2017 05:00:01AM | ($1.99) | $0.00 | ($2,217.44) | $0.00 |
| DAILY MEAL | 10/08/2017 05:00:01AM | ($1.99) | $0.00 | ($2,219.43) | $0.00 |
| DAILY MEAL | 10/09/2017 05:00:01AM | ($1.99) | $0.00 | ($2,221.42) | $0.00 |
| DAILY MEAL | 10/10/2017 05:00:00AM | ($1.99) | $0.00 | ($2,223.41) | $0.00 |
| DAILY MEAL | 10/11/2017 05:00:00AM | ($1.99) | $0.00 | ($2,225.40) | $0.00 |
| DAILY MEAL | 10/12/2017 05:00:00AM | ($1.99) | $0.00 | ($2,227.39) | $0.00 |
| DAILY MEAL | 10/13/2017 05:00:00AM | ($1.99) | $0.00 | ($2,229.38) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report     Page 18 of 28
may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly
reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

| Number: | 337795 | Secondary: | | Location: | 300 A Cell B 315 Bed |
|---|---|---|---|---|---|
| Name: | Prive, Jonathan T | | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 09/02/2018 05:00:01AM | ($1.99) | $0.00 | ($2,906.23) | $0.00 |
| DAILY MEAL | 09/03/2018 05:00:01AM | ($1.99) | $0.00 | ($2,908.22) | $0.00 |
| DAILY MEAL | 09/04/2018 05:00:01AM | ($1.99) | $0.00 | ($2,910.21) | $0.00 |
| DAILY MEAL | 09/05/2018 05:00:01AM | ($1.99) | $0.00 | ($2,912.20) | $0.00 |
| DAILY MEAL | 09/06/2018 05:00:01AM | ($1.99) | $0.00 | ($2,914.19) | $0.00 |
| DAILY MEAL | 09/07/2018 05:00:01AM | ($1.99) | $0.00 | ($2,916.18) | $0.00 |
| DAILY MEAL | 09/08/2018 05:00:00AM | ($1.99) | $0.00 | ($2,918.17) | $0.00 |
| DAILY MEAL | 09/09/2018 05:00:01AM | ($1.99) | $0.00 | ($2,920.16) | $0.00 |
| DAILY MEAL | 09/10/2018 05:00:00AM | ($1.99) | $0.00 | ($2,922.15) | $0.00 |
| DAILY MEAL | 09/11/2018 05:00:00AM | ($1.99) | $0.00 | ($2,924.14) | $0.00 |
| DAILY MEAL | 09/12/2018 05:00:00AM | ($1.99) | $0.00 | ($2,926.13) | $0.00 |
| DAILY MEAL | 09/13/2018 05:00:01AM | ($1.99) | $0.00 | ($2,928.12) | $0.00 |
| DAILY MEAL | 09/14/2018 05:00:00AM | ($1.99) | $0.00 | ($2,930.11) | $0.00 |
| DAILY MEAL | 09/15/2018 05:00:00AM | ($1.99) | $0.00 | ($2,932.10) | $0.00 |
| DAILY MEAL | 09/16/2018 05:00:00AM | ($1.99) | $0.00 | ($2,934.09) | $0.00 |
| DAILY MEAL | 09/17/2018 05:00:01AM | ($1.99) | $0.00 | ($2,936.08) | $0.00 |
| DAILY MEAL | 09/18/2018 05:00:01AM | ($1.99) | $0.00 | ($2,938.07) | $0.00 |
| DAILY MEAL | 09/19/2018 05:00:01AM | ($1.99) | $0.00 | ($2,940.06) | $0.00 |
| MEDICAL | 09/19/2018 11:03:37AM | ($10.00) | $0.00 | ($2,950.06) | $0.00 |
| DAILY MEAL | 09/20/2018 05:00:02AM | ($1.99) | $0.00 | ($2,952.05) | $0.00 |
| DAILY MEAL | 09/21/2018 05:00:00AM | ($1.99) | $0.00 | ($2,954.04) | $0.00 |
| DAILY MEAL | 09/22/2018 05:00:00AM | ($1.99) | $0.00 | ($2,956.03) | $0.00 |
| DAILY MEAL | 09/23/2018 05:00:01AM | ($1.99) | $0.00 | ($2,958.02) | $0.00 |
| DAILY MEAL | 09/24/2018 05:00:01AM | ($1.99) | $0.00 | ($2,960.01) | $0.00 |
| MEDICAL | 09/26/2018 01:41:53PM | ($10.00) | $0.00 | ($2,970.01) | $0.00 |
| DAILY MEAL | 10/03/2018 05:00:01AM | ($1.99) | $0.00 | ($2,972.00) | $0.00 |
| DAILY MEAL | 10/04/2018 05:00:01AM | ($1.99) | $0.00 | ($2,973.99) | $0.00 |
| DAILY MEAL | 10/05/2018 05:00:00AM | ($1.99) | $0.00 | ($2,975.98) | $0.00 |
| DAILY MEAL | 10/06/2018 05:00:01AM | ($1.99) | $0.00 | ($2,977.97) | $0.00 |
| DAILY MEAL | 10/07/2018 05:00:01AM | ($1.99) | $0.00 | ($2,979.96) | $0.00 |
| DAILY MEAL | 10/08/2018 05:00:01AM | ($1.99) | $0.00 | ($2,981.95) | $0.00 |
| DAILY MEAL | 10/09/2018 05:00:00AM | ($1.99) | $0.00 | ($2,983.94) | $0.00 |
| DAILY MEAL | 10/10/2018 05:00:01AM | ($1.99) | $0.00 | ($2,985.93) | $0.00 |
| DAILY MEAL | 10/11/2018 05:00:01AM | ($1.99) | $0.00 | ($2,987.92) | $0.00 |
| DAILY MEAL | 10/12/2018 05:00:01AM | ($1.99) | $0.00 | ($2,989.91) | $0.00 |
| DAILY MEAL | 10/13/2018 05:00:01AM | ($1.99) | $0.00 | ($2,991.90) | $0.00 |
| DAILY MEAL | 10/14/2018 05:00:01AM | ($1.99) | $0.00 | ($2,993.89) | $0.00 |
| DAILY MEAL | 10/15/2018 05:00:01AM | ($1.99) | $0.00 | ($2,995.88) | $0.00 |
| DAILY MEAL | 10/16/2018 05:00:01AM | ($1.99) | $0.00 | ($2,997.87) | $0.00 |
| DAILY MEAL | 10/17/2018 05:00:01AM | ($1.99) | $0.00 | ($2,999.86) | $0.00 |
| DAILY MEAL | 10/18/2018 05:00:01AM | ($1.99) | $0.00 | ($3,001.85) | $0.00 |
| DAILY MEAL | 10/19/2018 05:00:01AM | ($1.99) | $0.00 | ($3,003.84) | $0.00 |
| DAILY MEAL | 10/20/2018 05:00:01AM | ($1.99) | $0.00 | ($3,005.83) | $0.00 |
| DAILY MEAL | 10/21/2018 05:00:01AM | ($1.99) | $0.00 | ($3,007.82) | $0.00 |
| DAILY MEAL | 10/22/2018 05:00:01AM | ($1.99) | $0.00 | ($3,009.81) | $0.00 |
| DAILY MEAL | 10/23/2018 05:00:01AM | ($1.99) | $0.00 | ($3,011.80) | $0.00 |
| MEDICAL | 10/23/2018 08:59:48AM | ($10.00) | $0.00 | ($3,021.80) | $0.00 |
| DAILY MEAL | 10/24/2018 05:00:00AM | ($1.99) | $0.00 | ($3,023.79) | $0.00 |
| MEDICAL | 10/24/2018 11:33:15AM | ($10.00) | $0.00 | ($3,033.79) | $0.00 |
| DAILY MEAL | 10/25/2018 05:00:01AM | ($1.99) | $0.00 | ($3,035.78) | $0.00 |
| DAILY MEAL | 10/26/2018 05:00:01AM | ($1.99) | $0.00 | ($3,037.77) | $0.00 |
| DAILY MEAL | 10/27/2018 05:00:01AM | ($1.99) | $0.00 | ($3,039.76) | $0.00 |
| DAILY MEAL | 10/28/2018 05:00:00AM | ($1.99) | $0.00 | ($3,041.75) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report       Page 25 of 28
may contain nonpublic personal information about inmates subject to the restrictions of privacy laws.  You may not directly or indirectly
reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

| Number: | 337795 | Secondary: | | Location: | 300 A Cell B 315 Bed |
|---|---|---|---|---|---|
| Name: | Prive, Jonathan T | | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 10/29/2018 05:00:00AM | ($1.99) | $0.00 | ($3,043.74) | $0.00 |
| DAILY MEAL | 10/30/2018 05:00:00AM | ($1.99) | $0.00 | ($3,045.73) | $0.00 |
| DAILY MEAL | 10/31/2018 05:00:00AM | ($1.99) | $0.00 | ($3,047.72) | $0.00 |
| DAILY MEAL | 11/01/2018 05:00:00AM | ($1.99) | $0.00 | ($3,049.71) | $0.00 |
| DAILY MEAL | 11/02/2018 05:00:01AM | ($1.99) | $0.00 | ($3,051.70) | $0.00 |
| DAILY MEAL | 11/03/2018 05:00:00AM | ($1.99) | $0.00 | ($3,053.69) | $0.00 |
| DAILY MEAL | 11/04/2018 05:00:00AM | ($1.99) | $0.00 | ($3,055.68) | $0.00 |
| DAILY MEAL | 11/05/2018 05:00:00AM | ($1.99) | $0.00 | ($3,057.67) | $0.00 |
| DAILY MEAL | 11/06/2018 05:00:00AM | ($1.99) | $0.00 | ($3,059.66) | $0.00 |
| DAILY MEAL | 11/07/2018 05:00:00AM | ($1.99) | $0.00 | ($3,061.65) | $0.00 |
| DAILY MEAL | 11/08/2018 05:00:00AM | ($1.99) | $0.00 | ($3,063.64) | $0.00 |
| MEDICAL | 11/08/2018 10:11:53AM | ($10.00) | $0.00 | ($3,073.64) | $0.00 |
| DAILY MEAL | 11/09/2018 05:00:01AM | ($1.99) | $0.00 | ($3,075.63) | $0.00 |
| DAILY MEAL | 11/10/2018 05:00:01AM | ($1.99) | $0.00 | ($3,077.62) | $0.00 |
| DAILY MEAL | 11/11/2018 05:00:01AM | ($1.99) | $0.00 | ($3,079.61) | $0.00 |
| DAILY MEAL | 11/12/2018 05:00:01AM | ($1.99) | $0.00 | ($3,081.60) | $0.00 |
| DAILY MEAL | 11/13/2018 05:00:00AM | ($1.99) | $0.00 | ($3,083.59) | $0.00 |
| DAILY MEAL | 11/14/2018 05:00:00AM | ($1.99) | $0.00 | ($3,085.58) | $0.00 |
| DAILY MEAL | 11/15/2018 05:00:00AM | ($1.99) | $0.00 | ($3,087.57) | $0.00 |
| DAILY MEAL | 11/16/2018 05:00:00AM | ($1.99) | $0.00 | ($3,089.56) | $0.00 |
| DAILY MEAL | 11/17/2018 05:00:00AM | ($1.99) | $0.00 | ($3,091.55) | $0.00 |
| DAILY MEAL | 11/18/2018 05:00:00AM | ($1.99) | $0.00 | ($3,093.54) | $0.00 |
| DAILY MEAL | 11/19/2018 05:00:01AM | ($1.99) | $0.00 | ($3,095.53) | $0.00 |
| DAILY MEAL | 11/20/2018 05:00:00AM | ($1.99) | $0.00 | ($3,097.52) | $0.00 |
| DAILY MEAL | 11/21/2018 05:00:00AM | ($1.99) | $0.00 | ($3,099.51) | $0.00 |
| DAILY MEAL | 11/22/2018 05:00:01AM | ($1.99) | $0.00 | ($3,101.50) | $0.00 |
| DAILY MEAL | 11/23/2018 05:00:00AM | ($1.99) | $0.00 | ($3,103.49) | $0.00 |
| DAILY MEAL | 11/24/2018 05:00:01AM | ($1.99) | $0.00 | ($3,105.48) | $0.00 |
| DAILY MEAL | 11/25/2018 05:00:00AM | ($1.99) | $0.00 | ($3,107.47) | $0.00 |
| DAILY MEAL | 11/26/2018 05:00:01AM | ($1.99) | $0.00 | ($3,109.46) | $0.00 |
| DAILY MEAL | 11/27/2018 05:00:01AM | ($1.99) | $0.00 | ($3,111.45) | $0.00 |
| DAILY MEAL | 11/28/2018 05:00:00AM | ($1.99) | $0.00 | ($3,113.44) | $0.00 |
| DAILY MEAL | 11/29/2018 05:00:01AM | ($1.99) | $0.00 | ($3,115.43) | $0.00 |
| DAILY MEAL | 11/30/2018 05:00:01AM | ($1.99) | $0.00 | ($3,117.42) | $0.00 |
| DAILY MEAL | 12/01/2018 05:00:01AM | ($1.99) | $0.00 | ($3,119.41) | $0.00 |
| DAILY MEAL | 12/02/2018 05:00:01AM | ($1.99) | $0.00 | ($3,121.40) | $0.00 |
| DAILY MEAL | 12/03/2018 05:00:01AM | ($1.99) | $0.00 | ($3,123.39) | $0.00 |
| DAILY MEAL | 12/04/2018 05:00:01AM | ($1.99) | $0.00 | ($3,125.38) | $0.00 |
| DAILY MEAL | 12/05/2018 05:00:01AM | ($1.99) | $0.00 | ($3,127.37) | $0.00 |
| DAILY MEAL | 12/06/2018 05:00:01AM | ($1.99) | $0.00 | ($3,129.36) | $0.00 |
| DAILY MEAL | 12/07/2018 05:00:01AM | ($1.99) | $0.00 | ($3,131.35) | $0.00 |
| DAILY MEAL | 12/08/2018 05:00:01AM | ($1.99) | $0.00 | ($3,133.34) | $0.00 |
| DAILY MEAL | 12/09/2018 05:00:01AM | ($1.99) | $0.00 | ($3,135.33) | $0.00 |
| DAILY MEAL | 12/10/2018 05:00:01AM | ($1.99) | $0.00 | ($3,137.32) | $0.00 |
| DAILY MEAL | 12/11/2018 05:00:01AM | ($1.99) | $0.00 | ($3,139.31) | $0.00 |
| DAILY MEAL | 12/12/2018 05:00:00AM | ($1.99) | $0.00 | ($3,141.30) | $0.00 |
| DAILY MEAL | 12/13/2018 05:00:00AM | ($1.99) | $0.00 | ($3,143.29) | $0.00 |
| DAILY MEAL | 12/14/2018 05:00:01AM | ($1.99) | $0.00 | ($3,145.28) | $0.00 |
| DAILY MEAL | 12/15/2018 05:00:01AM | ($1.99) | $0.00 | ($3,147.27) | $0.00 |
| DAILY MEAL | 12/16/2018 05:00:01AM | ($1.99) | $0.00 | ($3,149.26) | $0.00 |
| DAILY MEAL | 12/17/2018 05:00:00AM | ($1.99) | $0.00 | ($3,151.25) | $0.00 |
| DAILY MEAL | 12/18/2018 05:00:00AM | ($1.99) | $0.00 | ($3,153.24) | $0.00 |
| DAILY MEAL | 12/19/2018 05:00:01AM | ($1.99) | $0.00 | ($3,155.23) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report   Page 26 of 28
may contain nonpublic personal information about inmates subject to the restrictions of privacy laws.  You may not directly or indirectly
reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

Created: 3/19/2019  3:13:34PM

| | | | |
|---|---|---|---|
| Number: | 337795 | Secondary: | Location:  300 A Cell B 315 Bed |
| Name: | Prive, Jonathan T | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 12/20/2018 05:00:01AM | ($1.99) | $0.00 | ($3,157.22) | $0.00 |
| DAILY MEAL | 12/21/2018 05:00:00AM | ($1.99) | $0.00 | ($3,159.21) | $0.00 |
| DAILY MEAL | 12/22/2018 05:00:00AM | ($1.99) | $0.00 | ($3,161.20) | $0.00 |
| DAILY MEAL | 12/23/2018 05:00:01AM | ($1.99) | $0.00 | ($3,163.19) | $0.00 |
| DAILY MEAL | 12/24/2018 05:00:00AM | ($1.99) | $0.00 | ($3,165.18) | $0.00 |
| DAILY MEAL | 12/25/2018 05:00:01AM | ($1.99) | $0.00 | ($3,167.17) | $0.00 |
| DAILY MEAL | 12/26/2018 05:00:00AM | ($1.99) | $0.00 | ($3,169.16) | $0.00 |
| DAILY MEAL | 12/27/2018 05:00:01AM | ($1.99) | $0.00 | ($3,171.15) | $0.00 |
| DAILY MEAL | 12/28/2018 05:00:01AM | ($1.99) | $0.00 | ($3,173.14) | $0.00 |
| DAILY MEAL | 12/29/2018 05:00:01AM | ($1.99) | $0.00 | ($3,175.13) | $0.00 |
| DAILY MEAL | 12/30/2018 05:00:01AM | ($1.99) | $0.00 | ($3,177.12) | $0.00 |
| DAILY MEAL | 12/31/2018 05:00:01AM | ($1.99) | $0.00 | ($3,179.11) | $0.00 |
| DAILY MEAL | 01/01/2019 05:00:01AM | ($1.99) | $0.00 | ($3,181.10) | $0.00 |
| DAILY MEAL | 01/02/2019 05:00:01AM | ($1.99) | $0.00 | ($3,183.09) | $0.00 |
| DAILY MEAL | 01/03/2019 05:00:01AM | ($1.99) | $0.00 | ($3,185.08) | $0.00 |
| DAILY MEAL | 01/04/2019 05:00:01AM | ($1.99) | $0.00 | ($3,187.07) | $0.00 |
| DAILY MEAL | 01/05/2019 05:00:01AM | ($1.99) | $0.00 | ($3,189.06) | $0.00 |
| DAILY MEAL | 01/06/2019 05:00:01AM | ($1.99) | $0.00 | ($3,191.05) | $0.00 |
| DAILY MEAL | 01/07/2019 05:00:01AM | ($1.99) | $0.00 | ($3,193.04) | $0.00 |
| DAILY MEAL | 01/08/2019 05:00:01AM | ($1.99) | $0.00 | ($3,195.03) | $0.00 |
| DAILY MEAL | 01/09/2019 05:00:00AM | ($1.99) | $0.00 | ($3,197.02) | $0.00 |
| DAILY MEAL | 01/10/2019 05:00:00AM | ($1.99) | $0.00 | ($3,199.01) | $0.00 |
| DAILY MEAL | 01/11/2019 05:00:00AM | ($1.99) | $0.00 | ($3,201.00) | $0.00 |
| DAILY MEAL | 01/12/2019 05:00:00AM | ($1.99) | $0.00 | ($3,202.99) | $0.00 |
| DAILY MEAL | 01/13/2019 05:00:01AM | ($1.99) | $0.00 | ($3,204.98) | $0.00 |
| DAILY MEAL | 01/14/2019 05:00:00AM | ($1.99) | $0.00 | ($3,206.97) | $0.00 |
| DAILY MEAL | 01/15/2019 05:00:01AM | ($1.99) | $0.00 | ($3,208.96) | $0.00 |
| DAILY MEAL | 01/16/2019 05:00:00AM | ($1.99) | $0.00 | ($3,210.95) | $0.00 |
| DAILY MEAL | 01/17/2019 05:00:01AM | ($1.99) | $0.00 | ($3,212.94) | $0.00 |
| DAILY MEAL | 01/18/2019 05:00:01AM | ($1.99) | $0.00 | ($3,214.93) | $0.00 |
| DAILY MEAL | 01/19/2019 05:00:01AM | ($1.99) | $0.00 | ($3,216.92) | $0.00 |
| DAILY MEAL | 01/20/2019 05:00:01AM | ($1.99) | $0.00 | ($3,218.91) | $0.00 |
| DAILY MEAL | 01/21/2019 05:00:01AM | ($1.99) | $0.00 | ($3,220.90) | $0.00 |
| DAILY MEAL | 01/22/2019 05:00:01AM | ($1.99) | $0.00 | ($3,222.89) | $0.00 |
| DAILY MEAL | 01/23/2019 05:00:01AM | ($1.99) | $0.00 | ($3,224.88) | $0.00 |
| DAILY MEAL | 01/24/2019 05:00:03AM | ($1.99) | $0.00 | ($3,226.87) | $0.00 |
| DAILY MEAL | 01/25/2019 05:00:01AM | ($1.99) | $0.00 | ($3,228.86) | $0.00 |
| DAILY MEAL | 01/26/2019 05:00:01AM | ($1.99) | $0.00 | ($3,230.85) | $0.00 |
| DAILY MEAL | 01/27/2019 05:00:01AM | ($1.99) | $0.00 | ($3,232.84) | $0.00 |
| DAILY MEAL | 01/28/2019 05:00:01AM | ($1.99) | $0.00 | ($3,234.83) | $0.00 |
| DAILY MEAL | 01/29/2019 05:00:01AM | ($1.99) | $0.00 | ($3,236.82) | $0.00 |
| DAILY MEAL | 01/30/2019 05:00:01AM | ($1.99) | $0.00 | ($3,238.81) | $0.00 |
| DAILY MEAL | 01/31/2019 05:00:01AM | ($1.99) | $0.00 | ($3,240.80) | $0.00 |
| DAILY MEAL | 02/01/2019 05:00:01AM | ($1.99) | $0.00 | ($3,242.79) | $0.00 |
| DAILY MEAL | 02/02/2019 05:00:00AM | ($1.99) | $0.00 | ($3,244.78) | $0.00 |
| DAILY MEAL | 02/03/2019 05:00:00AM | ($1.99) | $0.00 | ($3,246.77) | $0.00 |
| DAILY MEAL | 02/04/2019 05:00:01AM | ($1.99) | $0.00 | ($3,248.76) | $0.00 |
| DAILY MEAL | 02/05/2019 05:00:00AM | ($1.99) | $0.00 | ($3,250.75) | $0.00 |
| DAILY MEAL | 02/06/2019 05:00:00AM | ($1.99) | $0.00 | ($3,252.74) | $0.00 |
| DAILY MEAL | 02/07/2019 05:00:00AM | ($1.99) | $0.00 | ($3,254.73) | $0.00 |
| DAILY MEAL | 02/08/2019 05:00:01AM | ($1.99) | $0.00 | ($3,256.72) | $0.00 |
| DAILY MEAL | 02/09/2019 05:00:00AM | ($1.99) | $0.00 | ($3,258.71) | $0.00 |
| DAILY MEAL | 02/10/2019 05:00:00AM | ($1.99) | $0.00 | ($3,260.70) | $0.00 |

# Inmate Balance History Report - Simple

Created: 3/19/2019  3:13:34PM

| Number: | 337795 | Secondary: | | Location: | 300 A Cell B 315 Bed |
|---|---|---|---|---|---|

Name:  Prive, Jonathan T

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 02/11/2019 05:00:00AM | ($1.99) | $0.00 | ($3,262.69) | $0.00 |
| DAILY MEAL | 02/12/2019 05:00:01AM | ($1.99) | $0.00 | ($3,264.68) | $0.00 |
| DAILY MEAL | 02/13/2019 05:00:00AM | ($1.99) | $0.00 | ($3,266.67) | $0.00 |
| DAILY MEAL | 02/14/2019 05:00:01AM | ($1.99) | $0.00 | ($3,268.66) | $0.00 |
| DAILY MEAL | 02/15/2019 05:00:01AM | ($1.99) | $0.00 | ($3,270.65) | $0.00 |
| DAILY MEAL | 02/16/2019 05:00:01AM | ($1.99) | $0.00 | ($3,272.64) | $0.00 |
| DAILY MEAL | 02/17/2019 05:00:01AM | ($1.99) | $0.00 | ($3,274.63) | $0.00 |
| DAILY MEAL | 02/18/2019 05:00:01AM | ($1.99) | $0.00 | ($3,276.62) | $0.00 |
| DAILY MEAL | 02/19/2019 05:00:01AM | ($1.99) | $0.00 | ($3,278.61) | $0.00 |
| DAILY MEAL | 02/20/2019 05:00:01AM | ($1.99) | $0.00 | ($3,280.60) | $0.00 |
| DAILY MEAL | 02/21/2019 05:00:00AM | ($1.99) | $0.00 | ($3,282.59) | $0.00 |
| DAILY MEAL | 02/22/2019 05:00:01AM | ($1.99) | $0.00 | ($3,284.58) | $0.00 |
| DAILY MEAL | 02/23/2019 05:00:01AM | ($1.99) | $0.00 | ($3,286.57) | $0.00 |
| DAILY MEAL | 02/24/2019 05:00:01AM | ($1.99) | $0.00 | ($3,288.56) | $0.00 |
| DAILY MEAL | 02/25/2019 05:00:01AM | ($1.99) | $0.00 | ($3,290.55) | $0.00 |
| DAILY MEAL | 02/26/2019 05:00:01AM | ($1.99) | $0.00 | ($3,292.54) | $0.00 |
| DAILY MEAL | 02/27/2019 05:00:01AM | ($1.99) | $0.00 | ($3,294.53) | $0.00 |
| DAILY MEAL | 02/28/2019 05:00:01AM | ($1.99) | $0.00 | ($3,296.52) | $0.00 |
| DAILY MEAL | 03/01/2019 05:00:00AM | ($1.99) | $0.00 | ($3,298.51) | $0.00 |
| DAILY MEAL | 03/02/2019 05:00:01AM | ($1.99) | $0.00 | ($3,300.50) | $0.00 |
| DAILY MEAL | 03/03/2019 05:00:01AM | ($1.99) | $0.00 | ($3,302.49) | $0.00 |
| DAILY MEAL | 03/04/2019 05:00:04AM | ($1.99) | $0.00 | ($3,304.48) | $0.00 |
| DAILY MEAL | 03/05/2019 05:00:00AM | ($1.99) | $0.00 | ($3,306.47) | $0.00 |
| DAILY MEAL | 03/06/2019 05:00:00AM | ($1.99) | $0.00 | ($3,308.46) | $0.00 |
| DAILY MEAL | 03/07/2019 05:00:01AM | ($1.99) | $0.00 | ($3,310.45) | $0.00 |
| DAILY MEAL | 03/08/2019 05:00:00AM | ($1.99) | $0.00 | ($3,312.44) | $0.00 |
| DAILY MEAL | 03/09/2019 05:00:00AM | ($1.99) | $0.00 | ($3,314.43) | $0.00 |
| DAILY MEAL | 03/10/2019 05:00:00AM | ($1.99) | $0.00 | ($3,316.42) | $0.00 |
| DAILY MEAL | 03/11/2019 05:00:00AM | ($1.99) | $0.00 | ($3,318.41) | $0.00 |
| DAILY MEAL | 03/12/2019 05:00:00AM | ($1.99) | $0.00 | ($3,320.40) | $0.00 |
| DAILY MEAL | 03/13/2019 05:00:00AM | ($1.99) | $0.00 | ($3,322.39) | $0.00 |
| DAILY MEAL | 03/14/2019 05:00:01AM | ($1.99) | $0.00 | ($3,324.38) | $0.00 |
| DAILY MEAL | 03/15/2019 05:00:01AM | ($1.99) | $0.00 | ($3,326.37) | $0.00 |
| DAILY MEAL | 03/16/2019 05:00:01AM | ($1.99) | $0.00 | ($3,328.36) | $0.00 |
| DAILY MEAL | 03/17/2019 05:00:01AM | ($1.99) | $0.00 | ($3,330.35) | $0.00 |
| DAILY MEAL | 03/18/2019 05:00:01AM | ($1.99) | $0.00 | ($3,332.34) | $0.00 |
| DAILY MEAL | 03/19/2019 05:00:02AM | ($1.99) | $0.00 | ($3,334.33) | $0.00 |

**Ending Totals:**  **$0.00**  **($3,334.33)**  **$0.00**

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws.  You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.