IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

JONATHAN TYLER PRIVE
(Plaintiff)

v.

6:19-CV-00511-ORL-18GJK

Brevard County, Florida; Sheriff WAYNE IVEY; Brevard County Sheriff's Deputy and Department of Homeland Security Agent MICHAEL SPADAFORA; THE STATE OF FLORIDA; and the Office of the STATE ATTORNEY for Brevard County, Florida.
(Defendants)

## MOTION FOR EXPEDITED CONSIDERATION

Comes now the Plaintiff, Jonathan Prive, pro se, who respectfully moves this court to grant expedited consideration and processing of his contemporaneously-filed Civil Rights Complaint pursuant to 42 U.S.C. §1983. The complaint is time sensitive in that Prive is currently facing criminal prosecution in the State of Florida's Eighteenth Judicial Circuit, and is currently scheduled to begin trial on June 3, 2019. At issue in Prive's §1983 Complaint is the unlawful employment of federal agents, in a police capacity, to discover evidence for use in State prosecutions and to assist in actively enforcing State criminal law, violating the Tenth and Fourteenth Amendments to the U.S. Constitution. As part of the relief requested, Prive has asked for the issuance of an Emergency Preliminary Injunction, to be followed by a Permanent Injunction, enjoining the State of Florida and the Brevard County State Attorney's Office from utilizing any evidence obtained through the unlawful use of Federal Agents, during Prive's trial. In order for Prive to receive the benefits of the requested relief, and to avoid unnecessary interference with the trial process and State courts, the Emergency Preliminary Injunction must be issued in advance

of the beginning of Prive's trial, and with sufficient notice to the parties subject to the injunction to ensure compliance.

Not only will Prive be deprived of the relief requested if his §1983 Complaint is not given speedy consideration, but he will also suffer irreparable harm in that his proceeding to trial without the injunction in place will allow the State of Florida, via the State Attorney's Office, to present evidence gathered by federal agents in violation of the Constitution, likely resulting in a conviction for State crimes, and being permanently labled as a sexual offender, due to the uncontrollable spread of information on the internet and the inability to prevent private citizens from repeatedly publishing incorrect or outdated information, even after a case is reversed.

WHEREFORE, Prive respectfully moves this honorable court to GRANT the Complaint under 42 U.S.C. §1983 expedited consideration, and to render a decision on the propriety of issuing the requested injunctive relief sufficiently in advance of June 3, 2019, that the Defendants may be properly served with notice of any issuance by the court of a Preliminary Injunction, and to comply with the same prior to Prive's criminal trial, pending issuance of a Permanent Injunction.

Respectfully submitted,

Jonathan Prive
#337795
Brevard County Jail
860 Camp Road
Cocoa, FL 32927

## SWORN STATEMENT

I, Jonathan Prive, do hereby swear, under penalty of perjury, that the foregoing facts and statements are true and correct to the best of my knowledge and understanding.

Signed: [signature] On this, the 24th day of March, 2019.

Jonathan T. Prive

## CERTIFICATE OF SERVICE

I, Jonathan Prive, do hereby certify that a true and correct copy of the foregoing has been attached to the individual copies of the "Complaint under 42 U.S.C. §1983" which have been transmitted to the Clerk of the Court in compliance with the Middle District Court of Florida's instructions on page "i", number (1), of the accompanying Civil Rights Complaint Form, and that the same are being placed in the Brevard County Jail's internal mailing system, to be sent via U.S. Mail, on this, the 24th day of March, 2019.

Signed: [signature]